# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH MARKEITH GREEN, | Case No. CV 09-2232-VBF (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MELISSA LEA, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: 2-15-11

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE